JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEOFF WINKLER, Receiver,<br><br>Plaintiff,<br><br>vs.<br><br>HOPEN LIFE SCIENCE VENTURES, a.k.a. HOPEN LIFE SCIENCES, LLC, a.k.a. HOPEN THERAPEUTICS, LLC; and DOES 1–10, inclusive,<br><br>Defendants. | Case No. 2:21-cv-06049-FMO-AFM<br><br>**ORDER ON STIPULATION REGARDING DISMISSAL OF ACTION, WITH PREJUDICE** |

Pursuant to the *Stipulation Regarding Dismissal of Action, with Prejudice* (the "Stipulation") entered into by and between plaintiff Geoff Winkler, the Court-appointed permanent receiver for Essex Capital Corporation and its subsidiaries and affiliates, and defendant Hopen Life Science Ventures, a/k/a Hopen Life Sciences, LLC, f/k/a Hopen Therapeutics, LLC,

**IT IS HEREBY ORDERED** that the above-captioned action is dismissed, with prejudice, in accordance with the terms of the Stipulation.

Dated: November 30, 2022

/s/
Hon. Fernando M. Olguin
United States District Judge

4870-0234-0415.1